**Order entered February 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00261-CR
No. 05-13-00262-CR
No. 05-13-00263-CR
No. 05-13-00264-CR

**MARQUIS OBRIAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56960-U, F13-57100-U, F12-71366-U, F13-71367-U**

## ORDER

On February 18, 2014, this Court ordered appellant's new counsel to file appellant's brief within forty-five days. The Court now has before it appellant's February 19, 2014 motion asking that we order official court reporter Peri (Stromberg) Wood to file a copy of the reporter's record with the Dallas County District Clerk so that counsel may prepare appellant's brief. Counsel states that she has attempted to contact Ms. Stromberg, but that Ms. Wood has not returned her call. Counsel further states that nothing on the Dallas County District Clerk's online docket sheet reflects a copy of the reporter's record was filed with the District Clerk. Texas Rule of

Appellate Procedure 34.6(h) requires that in a criminal case, a court reporter must file a duplicate copy of the reporter's record with the trial court clerk. *See* TEX. R. APP. P. 34.6(h).

Accordingly, this Court **ORDERS** Peri K. Wood, official court reporter of the 291st Judicial District Court, to file with the Dallas County District Clerk, **by 5:00 p.m. on Tuesday, February 25, 2014**, a complete copy of the four-volume reporter's record filed in this appeal. We further **ORDER** Ms. Wood to provide this Court, by **5:00 p.m. on Tuesday, February 25, 2014**, with written verification that she has complied with this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri K. Wood, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE